UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

SHERRYLL L MARTINEZ                                                  CASE NO. 08-13972
              DEBTOR(S).                                             CHAPTER 7

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1.  That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2.  The following distributions are in an amount under $5.00:

    Claim #2 of Neighborhood Dental Clinics
    Account number:  6067
    Claimed amount:  $42.00
    Pro rata distribution:  $1.76

    **TOTAL AMOUNT OF ALL CLAIMS: $1.76**

3.  Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4.  Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  October 13, 2010            /s/ Mark A. Warsco
                                    Mark A. Warsco, Trustee
                                    P.O. Box 11647
                                    Fort Wayne, IN  46859-1647
                                    Telephone:  (260) 469-0256
                                    e-mail: bankruptcy@rlwlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on October 13, 2010:

| | |
|---|---|
| ANTHONY T ADOLF<br>AnthonyAdolf@earthlink.net | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| Neighborhood Dental Clinics<br>NHCI<br>PO Box 11949<br>Ft Wayne, IN 46862 | |

                                            /s/  Mark A. Warsco
                                            Mark A. Warsco, Trustee